IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF NEW YORK

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

UNITED STATES OF AMERICA

v.

                                                Criminal No. 7:13 PO-98-(ATB)
                                                Vio:   18 USC 1382

SHAWN MITCHELL,
                   Defendant

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## INFORMATION

THE UNITED STATES ATTORNEY CHARGES:

### THE COUNT

On or about May 24, 2013, in the Northern District of New York, within the special maritime and territorial jurisdiction of the United States, that is, Fort Drum, New York, the Defendant

### SHAWN MITCHELL

was found within a United States military reservation, Fort Drum, New York, after having been ordered not to reenter by the Garrison Commander by means of written notice dated May 9, 2013 and received by defendant on May 17, 2013.

All in violation of Title 18, United States Code, Section 1382

RICHARD S. HARTUNIAN
United States Attorney

By: _____
ROBERT E. MURDOUGH
Special Assistant U.S. Attorney
Bar Roll No. 517457