IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF NEW YORK

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

UNITED STATES OF AMERICA

v.

FRANCIS SCOTT, et al

Defendants.
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

### ORDER FOR DISMISSAL

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure and by leave of court endorsed hereon, the United States Attorney for the Northern District of New York hereby dismisses all Counts of the following Information:

No. 7:06-CR-00442 against FRANCIS F. SCOTT, III, the defendant;

No. 7:06-CR-00443 against MARTHA R. WOODLAND, the defendant;

No. 7:06-CR-00444 against RONELL A. MOORE, the defendant;

No. 7:06-CR-00468 against JOSEPH C. CLAYWELL, the defendant;

No. 7:06-CR-00476 against DWAYNE L. OWENS, the defendant;

No. 7:07-CR-00041 against JONATHAN T. MCNAIR, the defendant;

No. 7:07-CR-00043 against JEFFREY T. CONIGLIO, the defendant;

No. 7:07-CR-00058 against ISAIAH WHITE, the defendant;

No. 7:07-CR-00062 against TAMARA G. HUDSON, the defendant;

No. 7:07-CR-00065 against ANDREW T. HOOVER, the defendant;

No. 7:07-CR-00090 against PRESON M. STINSON, the defendant;

No. 7:07-CR-00192 against ISAIAH WHITE, the defendant;

No. 7:07-CR-00297 against HECTOR J. BERNAL, JR., the defendant;

No. 7:08-CR-00105 against ASHLEY L. DALE, the defendant;

No. 7:09-CR-00284 against JACY M. WILLIAMS, the defendant;

No. 7:09-CR-00355 against CHRISHAE E. MOSS, the defendant;

No. 7:09-CR-00401 against LACHARLES C. DAVIS-TURNER, the defendant;

No. 7:09-CR-00588 against MICHAEL E. ENSLOW, the defendant;

No. 7:09-CR-00586 against GRISSEL Y. HINTZ, the defendant;

No. 7:10-CR-00012 against NATHAN J. WEST, the defendant;

No. 7:10-CR-00213 against DANIEL W. JOHNSON, the defendant;

No. 7:10-CR-00215 against CARLA M. DIAZ, the defendant;

No. 7:10-CR-00217 against CHRISTOPHER A. GILLILAND, the defendant;

No. 7:10-CR-00463 against ANDREA L. BUDDLE, the defendant;

No. 7:10-CR-00480 against JOHN T. LUFFMAN, the defendant;

No. 7:10-CR-00509 against JANICE A. HOGAN, the defendant;

No. 7:10-CR-00529 against TAYLOR D. THOLIN, the defendant;

No. 7:10-CR-00586 against COREY R. MACEWEN, the defendant;

No. 7:10-CR-00617 against KAYLEE R. CAMPBELL, the defendant;

No. 7:11-CR-00251 against SHAWNA C. GRIFFIN, the defendant;

No. 7:11-CR-00276 against ROBERT J. POPE, the defendant;

No. 7:11-CR-00558 against BRIYANA M. PARRY, the defendant;

No. 7:12-CR-00050 against TINA L. ROCH, the defendant;

No 7:12-CR-00168 against SHANE W. DONOHUE, the defendant;

No. 7:12-CR-00260 against CANDICE L. WEISS, the defendant;

No. 7:12-CR-00244 against STEPHANIE E. FELGER, the defendant;

No. 7:12-CR-00247 against JENNIFER N. WALLACE, the defendant;

No. 7:12-CR-00258 against NATTALIE J. MCELHANEY, the defendant;

No. 7:12-CR-00285 against JENNIFER L. MYERS, the defendant;

No. 7:12-CR-00286 against JONA A. KANDARIAN, the defendant;

No. 7:12-CR-00320 against DASMINE A. WALKER, the defendant;

No. 7:12-CR-00389 against JEREMY C. ELLYSON, the defendant;

No. 7:12-CR-00542 against KAMESHA BRITTAIN, the defendant;

No. 7:12-CR-00494 against LEEROY ROCHA, JR., the defendant;

No. 7:12-CR-00495 against ANGELICA KENNENBERG, the defendant;

No. 7:12-CR-00531 against CIARA D. STAWARZ, the defendant;

No. 7:12-CR-00532 against SHEREA M. ROBINSON, the defendant;

No. 7:12-CR-00534 against SHANE D. HENRY, the defendant;

No. 7:12-CR-00546 against GENEVA C. REDDY, the defendant;

No. 7:12-CR-00555 against SHANNON V. BAZA, the defendant;

No. 7:12-CR-00563 against DELANO G. HOWELL, the defendant;

No 7:12-CR-00589 against MARCUS M. WHITE, the defendant;

No. 7:12-CR-00594 against JACY M. CORDOVA, the defendant;

No. 7:12-CR-00601 against KYLE W. HERSHEY, the defendant;

No. 7:13-CR-00007 against JAMES A. YARBOROUG, the defendant;

No. 7:13-CR-00058 against CARMELO HERNANDEZ, the defendant;

No. 7:13-CR-00063 against AARON BANDA, the defendant;

No. 7:13-CR-00070 against JENNIFER L. MYERS, the defendant;

No. 7:13-PO-00087 against CHADWICK M. BRUCE, the defendant;

No. 7:13-PO-00098 against SHAWN MITCHELL, the defendant;

No. 7:13-CR-00336 against BRANDE K. HAYDEN, the defendant;

No. 7:13-CR-00242 against BRUCE K. IDEOZU, the defendant;

No. 7:13-CR-00244 against NICHOLE WRIGHT, the defendant;

No. 7:13-CR-00250 against ANDRE P. PASQUAROSA, the defendant;

No. 7:13-CR-00365 against DAVID S. ULLRICH, the defendant;

No. 7:13-CR-00368 against AUSTIN BUSH, the defendant;

No. 7:13-CR-00371 against DANNY ROGERS, the defendant;

No. 7:13-CR-00436 against REBECCA B. KEEN, the defendant;

No. 7:13-CR-00438 against BLYTHE L. YOUNG, the defendant;

No. 7:13-CR-00455 against PAOLA EQUIHUA, the defendant;

No. 7:13-CR-00458 against ROBERT C. HIGHSMITH, the defendant;

No. 7:13-CR-00462 against JUSTIN C. RINGLER, the defendant;

No 7:14-CR-00004 against JONATHAN R. DENNIS, the defendant;

No. 7:14-CR-00008 against NICHOLAS G. LOPEZ, the defendant;

No. 7:14-CR-00021 against JOANNA M. O'KELLY, the defendant;

No. 7:14-PO-00023 against PATRICIA I. DAVIS, the defendant;

No. 7:14-PO-00072 against RODNEY AVERETT, II, the defendant;

No. 7:14-CR-00075 against EDGAR L. GIVENS, the defendant;

No. 7:14-CR-00083 against JACY M. CORDOVA, the defendant;

No. 7:14-CR-00301 against SABRINA M. PACE, the defendant.

The reason(s) for these dismissals are (check one or more):

    \_\_\_\_\_ Case transferred to another District

    \_\_\_\_\_ Speedy Trial Act

\_\_\_\_ Defendant's cooperation

\_\_\_\_ Insufficient evidence at this time

_X_ Other: Further prosecution at this time is not in the best interests of the United States.

With respect to these dismissals, defendants:

\_\_\_\_ Consents

\_\_\_\_ Objects

_X_ Has not been consulted

These dismissals are without prejudice.

> RICHARD S. HARTUNIAN
> United States Attorney
>
> By: *(signature)*
> JESSICA M. KETTL
> Special Assistant U.S. Attorney
> Bar Roll No. 518711

Leave of court is granted for the filing of the foregoing dismissals.

It is further ordered that all pending arrest warrants issued under the above referenced case numbers are hereby VACATED.

> IT IS SO ORDERED:
>
> *(signature)*
> Andrew T. Baxter
> U.S. Magistrate Judge
>
> Dated: January 6, 2016
> Syracuse, NY

6